FILED IN CHAMBERS
U S.D.C. Atlanta

OCT 2 4 2023

Kevin P. Weimer, Clerk
By
        Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

MARIO J. EARL,
  A/K/A MERRY,
RAMONDO LYNCH,
  A/K/A DOE,
  A/K/A DOE STACKS,
  A/K/A WHITE BOY,
JOVAN JACKSON,
  A/K/A SMILEY,
TUROMNE WASHINGTON,
  A/K/A READY,
MAURICE LYNCH,
TYRONNE JOHNSON, JR,
JOVAN JACKSON, JR,
  A/K/A LIL JOE,
ELISA JOHNSON, AND
DOMINIQUE C. GWINN,
  A/K/A CHEYENNE

Criminal Indictment

No. 1:23-CR-0335

Under Seal

THE GRAND JURY CHARGES THAT:

## COUNT ONE

Beginning on a date unknown, but at least as of on or about December 14, 2019, and continuing through the date of this Indictment, in the Northern District of Georgia and elsewhere, the defendants,

MARIO J. EARL, A/K/A MERRY,
RAMONDO LYNCH, A/K/A DOE, A/K/A DOE STACKS, A/K/A WHITE BOY,

JOVAN JACKSON, A/K/A SMILEY,<br>
TUROMNE WASHINGTON, A/K/A READY,<br>
MAURICE LYNCH,<br>
TYRONNE JOHNSON, JR,<br>
JOVAN JACKSON, JR, A/K/A LIL JOE,<br>
ELISA JOHNSON, AND<br>
DOMINIQUE C. GWINN, A/K/A CHEYENNE,

did knowingly and willfully combine, conspire, confederate, agree, and have a tacit understanding with each other, and with others known and unknown to the Grand Jury, including Chun Wing Eng and Walter C. Williams, to violate Title 21, United States Code, Section 841(a)(1), that is to knowingly and intentionally possess with the intent to distribute a controlled substance, said conspiracy involving:

a) at least 5 kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(A), as to defendants:

MARIO J. EARL, A/K/A MERRY,<br>
RAMONDO LYNCH, A/K/A DOE, A/K/A DOE STACKS, A/K/A WHITE BOY,<br>
JOVAN JACKSON, A/K/A SMILEY,<br>
TUROMNE WASHINGTON, A/K/A READY,<br>
MAURICE LYNCH,<br>
TYRONNE JOHNSON, JR, AND<br>
JOVAN JACKSON, JR, A/K/A LIL JOE, AND

2

b) a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(C), as to defendants:

ELISA JOHNSON, AND
DOMINIQUE C. GWINN, A/K/A CHEYENNE,

all in violation of Title 21, United States Code, Section 846.

## COUNT TWO

Beginning on a date unknown, but at least as of on or about December 14, 2019, and continuing until on or about October 14, 2022, in the Northern District of Georgia and elsewhere, the defendants,

MARIO J. EARL, A/K/A MERRY,
RAMONDO LYNCH, A/K/A DOE, A/K/A DOE STACKS, A/K/A WHITE BOY,
ELISA JOHNSON, AND
DOMINIQUE C. GWINN, A/K/A CHEYENNE,

did knowingly and willfully combine, conspire, confederate, agree and have a tacit understanding with each other, and with others known and unknown to the Grand Jury, to violate Title 21, United States Code, Section 856(a)(1), that is, to knowingly and intentionally open, lease, rent, use and maintain a place, for the purpose of distributing a controlled substance, said conspiracy involving at least one of the following places:

1. 3909 Ashford Dunwoody Road, Brookhaven, GA,
2. 111 W Wacker Drive, Chicago, IL,
3. 640 N Wells Street, Chicago, IL,
4. 525 S Church Street, Unit 1810, Charlotte, NC,
5. 28 Dillingham Place, Englewood Cliffs, NJ,
6. 10 Center Street, Cresskill, NJ,
7. 2030 Hudson Street, Apt. 1236, Fort Lee, NJ,
8. 28 7th Street, Englewood Cliffs, NJ,
9. 3478 Lakeside Drive NE, Unit 1011, Atlanta, GA, and
10. 6470 Wright Circle, Sandy Springs, GA,

all in violation of Title 21, United States Code, Section 846.

## COUNT THREE

On or about December 14, 2021, and continuing until on or about December 15, 2021, in the Northern District of Georgia, the defendants,

MARIO J. EARL, A/K/A MERRY,
RAMONDO LYNCH, A/K/A DOE, A/K/A DOE STACKS, A/K/A WHITE BOY, AND
TYRONNE JOHNSON, JR,

aided and abetted by each other, Chun Wing Eng, Walter C. Williams, and others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute a controlled substance, said act involving at least five kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(A), all in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT FOUR

On or about July 18, 2022, in the Northern District of Georgia, the defendants,

MARIO J. EARL, A/K/A MERRY,
RAMONDO LYNCH, A/K/A DOE, A/K/A DOE STACKS, A/K/A WHITE BOY, AND
MAURICE LYNCH,

aided and abetted by each other, and others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute a controlled substance, said act involving at least 500 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(B), all in

violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT FIVE

On or about July 18, 2022, in the Northern District of Georgia, the defendants,

MARIO J. EARL, A/K/A MERRY,
RAMONDO LYNCH, A/K/A DOE, A/K/A DOE STACKS, A/K/A WHITE BOY, AND
MAURICE LYNCH,

did knowingly possess at least one of the following firearms:

- one Draco 7.63 caliber pistol, and
- one Walther .9-millimeter handgun,

in furtherance of a drug trafficking crime for which the defendants may be prosecuted in a court of the United States, that is, Conspiracy to Possess With Intent to Distribute a Controlled Substance, as set forth in Count One of this Indictment, all in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT SIX

On or about September 15, 2022, in the Northern District of Georgia, the defendant,

JOVAN JACKSON, A/K/A SMILEY,

did knowingly possess at least one of the following firearms:

- one Hi Point Model C9 .9-millimeter handgun,
- one Faith 13 Tias Turkey .380 ACP handgun,
- three Taurus G3 9X19 handguns, and
- one Jimenez Arms, Inc. .9-millimeter handgun,

in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Conspiracy to Possess With Intent to Distribute

a Controlled Substance, as set forth in Count One of this Indictment, all in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT SEVEN

Beginning on a date unknown, but at least as of on or about December 14, 2019, and continuing through the date of this Indictment, in the Northern District of Georgia and elsewhere, the defendants,

MARIO J. EARL, A/K/A MERRY,
RAMONDO LYNCH, A/K/A DOE, A/K/A DOE STACKS, A/K/A WHITE BOY,
JOVAN JACKSON, A/K/A SMILEY,
TUROMNE WASHINGTON, A/K/A READY,
MAURICE LYNCH,
JOVAN JACKSON, JR, A/K/A LIL JOE,
ELISA JOHNSON, AND
DOMINIQUE C. GWINN, A/K/A CHEYENNE,

did knowingly combine, conspire, confederate, agree and have a tacit understanding with each other, and with others known and unknown, to commit certain offenses under Title 18, United States Code, Section 1956 as follows:

a) to knowingly conduct and attempt to conduct financial transactions in and affecting interstate commerce, which transactions involved the proceeds of specified unlawful activity, that is, the proceeds of the felonious manufacture, importation, receiving, concealment, buying, selling, and otherwise dealing in a controlled substance punishable under a law of the United States, and while conducting and attempting to conduct such financial transactions, knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, and knowing the transactions were designed in whole and in part:

1) to conceal and disguise the nature, location, source, ownership, and control of proceeds of said specified unlawful activity in violation of Title 18, United States Code, Section 1956 (a)(1)(B)(i), and

2) to avoid a transaction-reporting requirement under state or Federal law, in violation of Title 18, United States Code, Section 1956 (a)(1)(B)(ii),

all in violation of Title 18, United States Code, Section 1956(h).

## Prior Conviction Notices

Before the defendant, MARIO J. EARL, A/K/A MERRY, committed the offenses charged in Counts One and Three of this Indictment, MARIO J. EARL, A/K/A MERRY, was convicted of Conspiracy to Distribute Marijuana, in violation of Title 21, United States Code, Section 846, on or about January 11, 2010, in the United States District Court for the Western District of Washington, a serious drug felony, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offenses.

Before the defendant, RAMONDO LYNCH, A/K/A DOE, A/K/A DOE STACKS, A/K/A WHITE BOY, committed the offenses charged in Counts One and Three of this Indictment, RAMONDO LYNCH, A/K/A DOE, A/K/A DOE STACKS, A/K/A WHITE BOY, was convicted of Conspiracy to Distribute MDMA/Ecstasy, in violation of Title 21, United States Code, Section 846, on or about March 11, 2010, in the United States District Court for the Western District of Washington, a serious drug felony, for which he served more than 12 months of imprisonment

and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offenses.

Before the defendant, TYRONNE JOHNSON, JR, committed the offenses charged in Counts One and Three of this Indictment, TYRONNE JOHNSON, JR, was convicted of Second-Degree Murder, Second-Degree Manslaughter, First-Degree Attempted Robbery, and Second-Degree Attempted Robbery, on or about June 5, 2002, in the New York State Supreme Court, all serious violent felonies, for which he served more than 12 months of imprisonment.

Before the defendant, JOVAN JACKSON, A/K/A SMILEY, committed the offense charged in Count One of this Indictment, JOVAN JACKSON, A/K/A SMILEY, was convicted of Second-Degree Murder, on or about October 29, 1996, in the Circuit Court of Cook County (Illinois), a serious violent felony, for which he served more than 12 months of imprisonment.

### Forfeiture

Upon conviction of one or more of the offenses alleged in Counts One, Two, Three, and Four of this Indictment, the defendants,

MARIO J. EARL, A/K/A MERRY,
RAMONDO LYNCH, A/K/A DOE, A/K/A DOE STACKS, A/K/A WHITE BOY,
JOVAN JACKSON, A/K/A SMILEY,
TUROMNE WASHINGTON, A/K/A READY,
MAURICE LYNCH,
JOVAN JACKSON, JR, A/K/A LIL JOE,
ELISA JOHNSON, AND
DOMINIQUE C. GWINN, A/K/A CHEYENNE,

shall forfeit to the United States of America, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, proceeds

obtained, directly or indirectly, as a result of said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations, including but not limited to, the following:

(a) MONEY JUDGMENT: A sum of money in United States currency representing the amount of proceeds obtained as a result of each offense, or conspiracy to commit such offense, alleged in Counts One, Two, and Three and Four of this Indictment.

(b) REAL PROPERTY:

   a. 1035 Bridgewater Walk, Snellville, GA 30078

   [Tax parcel ID Number R5043-029]
   All that tract or parcel of land lying and being in Land Lot 43, 5th District, Gwinnett County, Georgia, Being Lot 11, Block A, Bridgewater, Unit Two, as per plat recorded in Plat Book 26, Page 163, Gwinnett County Records, which plat is whereby referred to and made a part of this description, being improved property known as 1035 Bridgewater Walk according to the present system of numbering houses in Gwinnett County, Georgia, as more particularly shown on that certain plat of survey prepared by Virgil F. Gaddy & Assoc. dated January 9, 1986.

(c) CURRENCY:

   a. $47,604.00 in United States currency seized on or about September 15, 2022,

   b. $720,153.00 in United States currency seized on or about September 15, 2022.

(d) FIREARMS:

   a. One Walther 9 mm handgun with serial number FTP0782 and ammunition,

   b. One Draco 7.63 caliber AK Pistol with serial number DR-3109-09 and ammunition,

9

    c. One Hi Point C9 9mm Caliber Pistol with serial number P10074048 and with magazine and ammunition,

    d. One Tisas-Trabzon Gun Industry Faith 13 .380 Caliber Pistol with serial number T0620-20J00173 and with magazine and ammunition,

    e. One Taurus G3C 9mm Caliber Pistol with serial number TMS5A021 and with magazine and ammunition,

    f. One Taurus G3 9x19 9mm Caliber Pistol with serial number AAN167412 and with magazine and ammunition,

    g. One Taurus G3 9x19 9mm Caliber Pistol with serial number ACK464359 and with magazine and ammunition, and

    h. One Jimenez J.A. Nine 9mm Caliber Pistol with serial number 44123 and with magazine and ammunition.

(e) VEHICLES:

    a. One 2016 Nissan Sentra with VIN 3N1AB7AP8GY332922, and

    b. One 2016 Nissan Sentra with VIN 3N1AB7AP9GY237432.

Upon conviction of one or more of the offenses alleged in Counts Five and Six of this Indictment, the defendants,

MARIO J. EARL, A/K/A MERRY,
RAMONDO LYNCH, A/K/A DOE, A/K/A DOE STACKS, A/K/A WHITE BOY,
JOVAN JACKSON, A/K/A SMILEY, AND
MAURICE LYNCH,

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offenses, including, but not limited to the following:

(a) One Walther 9 mm handgun with serial number FTP0782 and ammunition,

(b) One Draco 7.63 caliber AK Pistol with serial number DR-3109-09 and ammunition,

(c) One Hi Point C9 9mm Caliber Pistol with serial number P10074048 and with magazine and ammunition,

(d) One Tisas-Trabzon Gun Industry Faith 13 .380 Caliber Pistol with serial number T0620-20J00173 and with magazine and ammunition,

(e) One Taurus G3C 9mm Caliber Pistol with serial number TMS5A021 and with magazine and ammunition,

(f) One Taurus G3 9x19 9mm Caliber Pistol with serial number AAN167412 and with magazine and ammunition,

(g) One Taurus G3 9x19 9mm Caliber Pistol with serial number ACK464359 and with magazine and ammunition, and

(h) One Jimenez J.A. Nine 9mm Caliber Pistol with serial number 44123 and with magazine and ammunition.

Upon conviction of the offense alleged in Count Seven of this Indictment, the defendants,

MARIO J. EARL, A/K/A MERRY,
RAMONDO LYNCH, A/K/A DOE, A/K/A DOE STACKS, A/K/A WHITE BOY,
JOVAN JACKSON, A/K/A SMILEY,
TUROMNE WASHINGTON, A/K/A READY,
MAURICE LYNCH,
JOVAN JACKSON, JR, A/K/A LIL JOE,
ELISA JOHNSON, AND
DOMINIQUE C. GWINN, A/K/A CHEYENNE,

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(1), any property, real or personal, involved in said offense or any property traceable to such property, including, but not limited to, the following:

(a) MONEY JUDGMENT: A sum of money in United States currency representing the amount of proceeds obtained as a result of each offense, or conspiracy to commit such offense, alleged in Count Seven of this indictment.

(b) CURRENCY:

- c. $47,604.00 in United States currency seized on or about September 15, 2022,
- d. $720,153.00 in United States currency seized on or about September 15, 2022.

(c) FIREARMS:

- a. Walther 9 mm handgun with serial number FTP0782 and ammunition,
- b. One Draco 7.63 caliber AK Pistol with serial number DR-3109-09 and ammunition,
- c. One Hi Point C9 9mm Caliber Pistol with serial number P10074048 and with magazine and ammunition,
- d. One Tisas-Trabzon Gun Industry Faith 13 .380 Caliber Pistol with serial number T0620-20J00173 and with magazine and ammunition,
- e. One Taurus G3C 9mm Caliber Pistol with serial number TMS5A021 and with magazine and ammunition,
- f. One Taurus G3 9x19 9mm Caliber Pistol with serial number AAN167412 and with magazine and ammunition,

      g. One Taurus G3 9x19 9mm Caliber Pistol with serial number ACK464359 and with magazine and ammunition, and

      h. One Jimenez J.A. Nine 9mm Caliber Pistol with serial number 44123 and with magazine and ammunition.

(d) VEHICLES:

      a. One 2016 Nissan Sentra with VIN 3N1AB7AP8GY332922, and

      b. One 2016 Nissan Sentra with VIN 3N1AB7AP9GY237432.

If, any of the property described above, as a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.



RYAN K. BUCHANAN
  *United States Attorney*

JOSHUA MAY
  *Assistant United States Attorney*
Georgia Bar No. 676234

ELIZABETH M. HATHAWAY
  *Assistant United States Attorney*
Georgia Bar No. 076212

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

AO 442 (12/85) Warrant for Arrest

Fid: 11609697 

OCT 25 '23 PM 3 53   USMS NGA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

**SEALED**

UNITED STATES OF AMERICA,

v.

MARIO J. EARL,

a/k/a Merry

**AGENT TO ARREST**

**WARRANT FOR ARREST**

**COPY**

CASE NO. 1:23-CR-335

To:  The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest MARIO J. EARL, a/k/a Merry and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment   [ ] Information   [ ] Complaint   [ ] Order of Court   [ ] Violation Notice   [ ] Probation Violation Petition

Charging him or her with (brief description of offense): Conspiracy to Distribute Controlled Substance

in violation of **Title 21, United States Code, Section(s) 846**

KEVIN P. WEIMER
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

October 25, 2023 at Atlanta, Georgia
Date and Location

Bail Fixed at $_____

By:_____
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at:

_____

Date Received: _____

Date of Arrest: _____

Name and Title of Arresting Officer

Signature of Arresting Officer

AO 442 (12/85) Warrant for Arrest

Fid: 11609041

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

**COPY**

UNITED STATES OF AMERICA,

v.

TUROMNE WASHINGTON,

a/k/a Ready

WARRANT FOR ARREST

**SEALED**

**AGENT TO ARREST**

CASE NO. 1:23-CR-335

To:  The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest TUROMNE WASHINGTON, a/k/a Ready and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

Charging him or her with (brief description of offense): Conspiracy to Distribute Controlled Substance

in violation of **Title 21, United States Code, Section(s) 846**

KEVIN P. WEIMER
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

October 25, 2023 at Atlanta, Georgia
Date and Location

Bail Fixed at $_____

By:_____
Name of Judicial Officer

---

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

Date Received: _____

Name and Title of Arresting Officer

Date of Arrest: _____

Signature of Arresting Officer

AO 442 (12/85) Warrant for Arrest

Fid: 11609029

OCT 25'23 PM 3:53  USMS NGA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

**COPY**

UNITED STATES OF AMERICA,

v.

MAURICE LYNCH.,

**AGENT TO ARREST**

WARRANT FOR ARREST

**SEALED**

CASE NO. 1:23-CR-335

To:  The United States Marshal
     and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest Maurice Lynch and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

Charging him or her with (brief description of offense): Conspiracy to Distribute Controlled Substance

in violation of **Title 21, United States Code, Section(s) 846**

KEVIN P. WEIMER
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

October 25, 2023  at  Atlanta, Georgia
Date and Location

Bail Fixed at $_____

By: _____
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at:

Date Received: _____

Date of Arrest: _____

Name and Title of Arresting Officer

Signature of Arresting Officer

AO 442 (12/85) Warrant for Arrest

F.d. 11609014

OCT 25'23 PM 3:53 USMS NGA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

**COPY**

UNITED STATES OF AMERICA,

v.

ELISA JOHNSON,

**AGENT TO ARREST**

WARRANT FOR ARREST

**SEALED**

CASE NO. 1:23-CR-335

To:  The United States Marshal
     and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest Elisa Johnson and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

Charging him or her with (brief description of offense): Conspiracy to Distribute Controlled Substance in violation of **Title 21, United States Code, Section(s) 846**

KEVIN P. WEIMER
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

October 25, 2023 at Atlanta, Georgia
Date and Location

Bail Fixed at $_____

By:_____
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

Date Received: _____

Date of Arrest: _____

Name and Title of Arresting Officer

Signature of Arresting Officer